# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| **v.** } | Case No.: 1:97-cr-00159-RDP-GMB-1 |
| } | |
| **REGINALD WOODS,** } | |
| } | |
| **Defendant.** } | |

## MEMORANDUM OPINION

This matter is before the court on the Motion for Docket Sheet filed by Defendant Reginald Woods. (Doc. # 169). In this Motion, Defendant requests a copy of the docket sheet in *United States v. Woods*, Case No. 2:96-mj-00140-TMP-1. The Motion (Doc. # 169) is **GRANTED**. The Clerk of Court is **DIRECTED** to mail a copy of the docket sheet for Case No. 2:96-mj-00140-TMP-1 to Reginald Woods, 20521-001, FCI-Talladega, P.O. Box 1000, Talladega, AL 35160.

**DONE** and **ORDERED** this December 2, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE